IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ITAI AARONSON, | ) | Civil No. 06-3097-CL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| GOVERNOR OF THE STATE OF | ) | |
| OREGON TED KULONGOSKI, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

Plaintiff Itai Aaronson brought this pro se 42 U.S.C. § 1983 action against the Governor of Oregon, three judges, a district attorney, a sheriff, a state Policy and Technical Services Manager, and Aaronson's former defense counsel. This court previously granted motions to dismiss filed by six of the eight defendants named in the Amended Complaint.

Plaintiff now appears to have abandoned his claims against the remaining two defendants. The record contains no indication that Plaintiff ever served a Summons and Complaint on defendants Cogan and Winters. Consequently, they have not appeared in this matter, nor were they obligated to do so.

On June 21, 2007, Magistrate Judge Clarke directed Plaintiff to show cause why this action should not be dismissed for want of

1 - ORDER

prosecution. Plaintiff filed no response. On September 10, 2007, Magistrate Judge Clarke filed his Report and Recommendation, which recommended that this action be dismissed, as to defendants Cogan and Winters, for want of prosecution. The court received no response from Plaintiff.

On October 4, 2007, the court mailed Aaronson a second copy of the Report and Recommendation. Again, the court received no response from Plaintiff.

The matter is now before me for de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 41) is adopted. The claims against defendants Cogan and Winters are dismissed, without prejudice, for failure to complete service within 120 days, and failure to prosecute.

IT IS SO ORDERED.

DATED this 26th day of October, 2007.

Owen M. Panner
United States District Judge